F. CURT KIRSCHNER, JR. (S.B. #122502)
CHRISTOPHER T. SCANLAN (S.B. #211724)
JASON M. MAYO (S.B. #224937)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
St. Luke's Hospital

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. LUKE'S HOSPITAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SEIU UNITED HEALTHCARE WORKERS – WEST, and DOES 1 through 100,<br>　　　　　Defendants. | Case No. C 06-03781 TEH<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>FRCP 41(a)(1)<br><br>Judge: Hon. Thelton E. Henderson |

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. P. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: August 28, 2006.

F. CURT KIRSCHNER, JR.
CHRISTOPHER T. SCANLAN
JASON M. MAYO
O'MELVENY & MYERS LLP

By _____
　　Jason M. Mayo
　Attorneys for Plaintiff

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Thelton E. Henderson, 8/29/06]

PLAINTIFF'S NOTICE OF DISMISSAL
C 06-03781 TEH